UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN GLENN COX,

                            Petitioner,

        v.

WASHINGTON STATE ATTORNEY
GENERAL,

                            Respondent.

CASE NO. 3:26-CV-5450-JNW-GJL

ORDER TO SHOW CAUSE

This federal habeas action filed pursuant to 28 U.S.C. § 2254 has been referred to United States Magistrate Judge Grady J. Leupold. Petitioner Brian G. Cox, proceeding *pro se*, filed a Motion to Proceed *In Forma Pauperis* ("IFP"), a Proposed federal habeas Petition, and Prison Trust Account Statements. Dkts. 5, 5-1, 5-2, 5-3.

The right to proceed IFP is not absolute. *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990). Rather, proceeding IFP is a matter within the sound discretion of the trial court in civil actions. *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963). Here, Petitioner states he is currently employed and makes approximately $140 to $150 per month. Dkt. 5 at 1. Additionally,

ORDER TO SHOW CAUSE - 1

his Prison Trust Account Statements reflect that Petitioner has retained a balance of over $300 in spendable funds since November 2025. Dkts. 5-1, 5-2.

Based on the information supplied, the Court concludes that Petitioner can afford to pay the $5.00 filing fee. Accordingly, if he intends to proceed in this action, Petitioner is **ORDERED** to accomplish one of the following **on or before July 1, 2026:**

a.    **SHOW CAUSE** why the IFP Motion (Dkt. 5) should not be denied; or

b.    **PAY** the $5.00 filing fee.

Failure to show cause or pay the stated amount by the stated deadline **SHALL** be deemed **a failure to properly prosecute** and **MAY result in a RECOMMENDATION this action be dismissed**.

Dated this 2nd day of June, 2026.

Grady J. Leupold
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2